IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:20po1046 |
| | ) | Citation No.   09932516 |
| v. | ) | Court Date:  August 23, 2020 |
| | ) | |
| DONNA C. CHIN, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR DISMISSAL

The United States of America does not desire to prosecute pending citation number 09932516 pertaining to defendant DONNA C. CHIN.

Accordingly, the United States hereby moves for dismissal without prejudice of citation number 09932516 pertaining to defendant, DONNA C. CHIN.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

BY:              /s/
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: marc.birnbaum@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion and proposed Order will be mailed to the defendant on July 10, 2020.

/s/
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: marc.birnbaum@usdoj.gov